William France, Appellee, v. Citizens Casualty Company of New York, Appellant.

Gen. No. 43,871.

opinion filed May 7,

1947; released for publication May 22, 1947. John J. Morris, for appellant; V. J. Liss, of counsel; Stacy W. Osgood, for appellee; Ode L. Rankin, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.